HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LILY ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00114-MJS |
| Plaintiff, | MOTION TO VACATE NOVEMBER 8, 2016 REVIEW HEARING; ORDER |
| vs. | |
| LILY ENDO, | |
| Defendant. | |

Defendant Lily Endo hereby requests that the Court vacate the November 8, 2016 review hearing, as Ms. Endo is in full compliance with the terms of her probation.

On December 16, 2015, the Court sentenced Ms. Endo to twelve months of unsupervised probation, with the conditions that she obey all laws, pay a $10 special assessment, complete eighty hours of community service, and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law.  Ms. Endo has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LILY ENDO

## **O R D E R**

Based on the parties' joint representation that Ms. Endo has fully complied with the conditions of her probation, the Court vacates the review hearing scheduled for November 8, 2016, at 10:00 a.m. in case number 6:15-mj-00114-MJS.

IT IS SO ORDERED.

Dated:   October 17, 2016            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

Endo: Motion to
Vacate Review Hearing