HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LILY ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LILY ENDO, <br><br> Defendant. | Case No. 6:15-mj-00114-MJS <br><br> MOTION TO DISMISS COUNT 2; ORDER |

Defendant Lily Endo hereby files this motion to dismiss Count 2 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On December 16, 2015, Ms. Endo pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Endo a deferred entry of judgment under 18 U.S.C. § 3607(a). On October 17, 2016, the Court vacated Ms. Endo's review hearing, as Ms. Endo fully complied with the terms of her probation. Ms. Endo's probation expired on December 15, 2016.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Endo's term of probation has now expired and she did not violate any condition of her probation. Accordingly, Mr. Endo requests that the Court, without enter a

judgment of conviction, dismiss the proceedings.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Date: April 3, 2017                    */s/ Erin Snider*
                                                    ERIN SNIDER
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    LILY ENDO

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 2 of the Criminal Complaint in *United States v. Lily Endo*, Case No. 6:15-mj-00114-MJS.

IT IS SO ORDERED.

Dated:   April 4, 2017                                   /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE